IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARY JANE DILLON, | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. 4:09-cv-01267 |
| | § | JURY TRIAL DEMANDED |
| KS MANAGEMENT SERVICES, | § | |
| L.L.C., KS MANAGEMENT | § | |
| SERVICES, L.L.C. f/k/a KS | § | |
| MANAGEMENT SERVICE, L.L.P., | § | (JUDGE VANESSA D. GILMORE) |
| KELSEY-SEYBOLD MEDICAL | § | |
| GROUP, P.A., KELSEY-SEYBOLD | § | |
| MEDICAL GROUP, P.A. d/b/a | § | |
| KELSEY-SEYBOLD CLINIC, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S VOLUNTARY PARTIAL DISMISSAL**

Plaintiff Mary Jane Dillon ("Plaintiff") files this Voluntary Partial Dismissal pursuant to Federal Rules of Civil Procedure 41. Plaintiff respectfully requests this Court to dismiss her claims against Defendants Kelsey-Seybold Medical Group, P.A. and Kelsey-Seybold Medical Group, P.A. d/b/a Kelsey-Seybold Clinic without prejudice.

1

Respectfully submitted,

*/s/ Howard T. Dulmage*
Howard T. Dulmage
Texas State Bar No. 24029526
Federal Bar No. 28826
LAW OFFICES OF HOWARD T. DULMAGE, PLLC
2323 Clear Lake City Blvd, Suite 180 MB186
Houston, Texas 77062
Telephone:   713-297-0700
Facsimile:     713-297-0710

ATTORNEY IN CHARGE FOR PLAINTIFF

OF COUNSEL:

Joseph Y. Ahmad
Texas Bar No. 00941100
Federal Bar No. 11602
AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
3460 Houston Center
1221 McKinney Street
Houston, Texas  77010
Telephone:   713-655-1101
Facsimile:     713-655-0062

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically with the Clerk via the CM/ECF system.  Notice of this filing will be sent to Juliann Panagos and Daniel Patton by operation of the Court's electronic filing system.

Houston, Texas, this 9th day of April, 2010.

*/s/ Howard T. Dulmage\**
Howard T. Dulmage