IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARY JANE DILLON, | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. 4:09-cv-01267 |
| | § | JURY TRIAL DEMANDED |
| KS MANAGEMENT SERVICES, L.L.C., | § | |
| KS MANAGEMENT SERVICES, L.L.C. | § | |
| f/k/a KS MANAGEMENT SERVICE, | § | |
| L.L.P., KELSEY-SEYBOLD MEDICAL | § | (JUDGE VANESSA D. GILMORE) |
| GROUP, P.A., KELSEY-SEYBOLD | § | |
| MEDICAL GROUP, P.A. d/b/a | § | |
| KELSEY-SEYBOLD CLINIC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties in the above matter file this Stipulation of Dismissal and in support state as follows:

All matters in the above case have been resolved and the parties request this Court grant the attached order dismissing this case with prejudice.

Respectfully submitted,

*/s/ Howard T. Dulmage*
Howard T. Dulmage
Texas State Bar No. 24029526
Federal Bar No. 28826
Law Offices of Howard T. Dulmage, PLLC
2323 Clear Lake City Blvd, Suite 180 MB186
Houston, Texas 77062
Telephone:   713-297-0700
Facsimile:   713-297-0710

ATTORNEY IN CHARGE FOR PLAINTIFF

OF COUNSEL:

    Joseph Y. Ahmad
    Texas Bar No. 00941100
    Federal Bar No. 11602
    Ahmad, Zavitsanos & Anaipakos, P.C.
    1221 McKinney Street, #3460
    Houston, Texas 77010
    Telephone: 713-655-1101
    Facsimile: 713-655-0062

        /s/ Juliann Panagos *
        Juliann H. Panagos    * signed by permission
        Texas Bar No. 06861100
        Federal Bar No. 9083
        Crain Caton & James
        1401 McKinney, Suite 1700
        Houston Texas 77010
        Telephone: 713-752-8696
        Facsimile: 713-425-7996

        ATTORNEY IN CHARGE FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing was filed electronically with the Clerk via the CM/ECF system. Notice of this filing will be sent to Juliann Panagos by operation of the Court's electronic filing system.

    Houston, Texas, this 13th day of October, 2010.

        */s/ Howard T. Dulmage**
        Howard T. Dulmage