IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARY JANE DILLON, § | |
|    Plaintiff § | |
| § | |
| § | CIVIL ACTION NO. 09-cv-1267 |
| VS. § | |
| § | |
| KS MANAGEMENT SERVICES, § | |
| L.L.C., et al, § | |
|    Defendants § | JURY TRIAL DEMANDED |

## ORDER GRANTING DISMISSAL

On this day, came to be considered the Stipulation of Dismissal. It is therefore,

ORDERED that this matter is dismissed with prejudice. All costs are to be taxed against the party incurring same. This is a Final Judgment.

The Clerk shall enter this Order and provide a copy to all parties.

Signed on this the 14th day of October, 2010 in Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE